AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JIMMY SEO PETERSON,

               Plaintiffs,

           v.

CITY OF OMAK, MICHAEL MORRISON, SEAN
ISAAC, DONNELLY TALLANT, and MICHAEL
WORDEN,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-31-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motions for Summary Judgment entered on December 29, 2010, Ct. Rec. 24, the Defendants are awarded judgment on all of the federal and state law claims set forth in Plaintiffs' Complaint.

12/29/10
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas